

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lonard Keith Kildow,            * From the 42nd District Court
of Coleman County,
Trial Court No. CR24-01057.

Vs. No. 11-25-00268-CR            * October 30, 2025

The State of Texas,            * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed, and Appellant's motion for extension of time to file the notice of appeal is dismissed as moot.